MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-0139 SI |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL AGAINST DEFENDANT MADJLESSI** |
| BIJAN MADJLESSI, et al., | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States hereby moves to dismiss this action as to defendant Bijan Madjlessi only based on his death.

    An indictment returned on March 18, 2014 charged the defendant in Count One with conspiracy to commit wire and bank fraud, in violation of 18 U.S.C. § 1349, in Count Two with bank fraud, in violation of 18 U.S.C. § 1344, in Counts Three through Eight with wire fraud affecting a financial institution, in violation of 18 U.S.C. § 1343, in Count Nine with conspiracy to make false statements to a bank, in violation of 18 U.S.C. § 371, in Count Ten with conspiracy to launder money, in violation of 18 U.S.C. § 1956(h), in Counts Eleven through Twenty Two with money laundering, in violation of 18 U.S.C. § 1957, in Counts Twenty Four through Twenty Eight with false bank entries, in violation of 18

U.S.C. § 1005, and in Count Twenty Nine with attempted obstruction of justice, in violation of 18 U.S.C. § 1512(c). The defendant was arrested on April 9, 2014 and made his first appearance before this Court on April 18, 2014.

On May 6, 2014, Madjlessi was found dead in his car down a ravine off Highway 1 in Marin County. A SIGTARP Special Agent on the scene identified and confirmed the defendant as deceased, as has the Marin County coroner's office.

This case has thus been rendered moot by the defendant's death. Therefore, the United States dismisses the above-described counts as to defendant Bijan Madjlessi, and dismisses the case against him in its entirety.

Dated: May 9, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s_____
ROBERT DAVID REES
Assistant United States Attorney

**ORDER**

Leave is granted to the United States to dismiss the captioned Indictment as to Bijan Madjlessi only.

IT IS SO ORDERED.

DATED:_____           _____
                                  SUSAN ILLSTON
                                  United States District Judge

NOTICE OF DISMISSAL AGAINST DEFENDANT MADJLESSI
CR 14-0139 SI